SCOTT D. SHERMAN ESQ
MINION & SHERMAN
33 CLINTON ROAD, SUITE 105
WEST CALDWELL, NJ  07006

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-32564

| Re: | GARY P BENDIT<br>62 MEAKIN AVENUE<br>ROCHELLE PARK,  NJ  07662 | Atty: | SCOTT D. SHERMAN ESQ<br>MINION & SHERMAN<br>33 CLINTON ROAD, SUITE 105<br>WEST CALDWELL, NJ  07006 |
|---|---|---|---|

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2018 | $1,350.00 | 5441011000 | 12/31/2018 | $1,350.00 | 5505261000 |

**Total Receipts: $2,700.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $2,700.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 153.90 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | BB&T | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | BEACON FUNDING CORPORATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | BUREAU OF ACCOUNT MANAGEMENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | CHASE BANK USA, N.A. | UNSECURED | 17,954.57 | 0.00% | 0.00 | 0.00 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,192.02 | 0.00% | 0.00 | 0.00 |
| 0009 | GO AHEAD REPAIRS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | PNC BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | TD RETAIL CARD SERVICES | UNSECURED | 2,115.00 | 0.00% | 0.00 | 0.00 |
| 0013 | SAMANTHA CONDON | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | SBA | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | SYSTEMS & SERVICES TECHNOLGIES, IN | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | TD BANK NA | UNSECURED | 5,721.42 | 0.00% | 0.00 | 0.00 |
| 0020 | WELLS FARGO CARD SERVICES | UNSECURED | 11,458.97 | 0.00% | 0.00 | 0.00 |
| 0021 | WELLS FARGO BANK NA | MORTGAGE ARRE | 32,741.86 | 100.00% | 0.00 | 0.00 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 4,173.65 | 0.00% | 0.00 | 0.00 |
| 0024 | SHEFFIELD FINANCIAL | VEHICLE SECURE | 1,554.66 | 100.00% | 0.00 | 0.00 |
| 0025 | ALLY CAPITAL | VEHICLE SECURE | 6,432.66 | 0.00% | 0.00 | 0.00 |
| 0026 | MEDALLION BANK | VEHICLE SECURE | 1,959.80 | 100.00% | 0.00 | 0.00 |
| 0027 | VERIZON | UNSECURED | 269.21 | 0.00% | 0.00 | 0.00 |

**Total Paid: $153.90**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $2,700.00         -    Paid to Claims: $0.00         -    Admin Costs Paid: $153.90    =    Funds on Hand: $2,546.10

**\*\*NOTE**:    THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.