UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Movant
Medallion Bank

**Order Filed on January 24, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Gary P. Bendit,

Debtor.

Case No.:  18-32564 SLM
Adv. No.:
Hearing Date:  1/23/19 @8:30 a.m.

Judge:  Stacey L. Meisel

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: January 24, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor:              Gary P. Bendit
Case No.:            18-32564 SLM
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Medallion Bank, holder of a mortgage on vehicle 2018 Kaufman Fe-3/7k-47, VIN: 5SHFE4731JB000117, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Scott D. Sherman, Esquire, attorney for Debtor, Gary P. Bendit, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the stay as to 2018 Kaufman Fe-3/7k-47, VIN: 5SHFE4731JB000117 is to be vacated upon confirmation of plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.