| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MINION & SHERMAN<br>By:  Scott D. Sherman, Esquire<br>33 Clinton Road, Suite 105<br>West Caldwell, New Jersey 07006<br>(973) 882-2424 |
| GARY P. BENDIT,<br><br>                    Debtor(s) |



**Order Filed on March 13, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:18-32564 SLM

Chapter 13

Hearing Date:  2/13/2019

Judge:   STACEY L. MEISEL

## ORDER RECLASSIFYING THE CLAIM FILED BY
## ALLY CAPITAL FROM SECURED TO GENERAL UNSECURED

The relief set forth on the following pages, numbered two (2) through   Two  (2)   is hereby **ORDERED**.

**DATED: March 13, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: GARY P. BENDIT

Case No: 18-32564 SLM

Caption of Order: **ORDER RECLASSIFYING THE CLAIM FILED BY
ALLY CAPITAL FROM SECURED TO GENERAL UNSECURED**

---

1.    The Proof of Claim filed by Ally Capital dated 12/18/2018 and filed with the court on 12/18/2018, listed on the Claims Register as Claim #4-1, in the amount of $60,535.65, shall be and is hereby reclassified from Secured to General Unsecured.