UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
MINION & SHERMAN
By:   Scott D. Sherman, Esquire
33 Clinton Road, Suite 105
West Caldwell, New Jersey 07006
(973) 882-2424

GARY P. BENDIT,

            Debtor(s)

Order Filed on March 13, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.:18-32564 SLM

Chapter 13

Hearing Date:  2/13/2019

Judge:   STACEY L. MEISEL

### ORDER RECLASSIFYING THE CLAIM FILED BY
### ALLY CAPITAL FROM SECURED TO GENERAL UNSECURED

The relief set forth on the following pages, numbered two (2) through  _Two  (2)_  is hereby **ORDERED**.

**DATED: March 13, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: GARY P. BENDIT

Case No: 18-32564 SLM

Caption of Order: **ORDER RECLASSIFYING THE CLAIM FILED BY
ALLY CAPITAL FROM SECURED TO GENERAL UNSECURED**

---

1. The Proof of Claim filed by Ally Capital dated 12/18/2018 and filed with the court on 12/18/2018, listed on the Claims Register as Claim #4-1, in the amount of $60,535.65, shall be and is hereby reclassified from Secured to General Unsecured.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32564-SLM
Gary P Bendit                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 13, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
db             +Gary P Bendit,    62 Meakin Avenue,    Rochelle Park, NJ 07662-3511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Medallion Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor   Medallion Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Scott D. Sherman    on behalf of Debtor Gary P Bendit ssherman@minionsherman.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                   TOTAL: 8