| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gary P Bendit <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6592 <br> EIN    __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____ <br> EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–32564–SLM | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Gary P Bendit

   9/6/22                                                       **By the court:** Stacey L. Meisel
                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Gary P Bendit  
    Debtor

Case No. 18-32564-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 06, 2022      Form ID: 3180W      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary P Bendit, 62 Meakin Avenue, Rochelle Park, NJ 07662-3511 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 517869600 | + | Bureau of Account Management, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 517869603 | + | Go Ahead Repairs, 362 George Cobb Lane, Lincoln Park, NJ 07035-1198 |
| 517869605 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 517869606 | + | Ray And Flan, Attn: Bankruptcy, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 518251806 | + | SST as servicing agent for Suntrust Med, 4315 Pickett Road,, St. Joseph, Missouri 64503-1600 |
| 517869607 | #+ | Samantha Condon, 225 E. Crescent Ave., Allendale, NJ 07401-1309 |
| 517869609 | + | Steel Wheels Logistics, 62 Meakin Avenue, Rochelle Park, NJ 07662-3511 |
| 517881034 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517869612 | + | U.S. Department of the Treasury (Fax Onl, 1500 Pennsylvania Avenue Nw, Washington, DC 20220-0002 |
| 517869613 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 06 2022 22:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 06 2022 22:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Sep 07 2022 02:23:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 517926201 | | EDI: GMACFS.COM | Sep 07 2022 02:23:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517869595 | + | EDI: GMACFS.COM | Sep 07 2022 02:23:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 517869597 | | Email/Text: bankruptcy@bbandt.com | Sep 06 2022 22:28:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 517869596 | + | EDI: TSYS2 | Sep 07 2022 02:23:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517869598 | + | Email/Text: wmagner@beaconfunding.com | Sep 06 2022 22:28:00 | Beacon Funding Corporation, 3400 Dundee Road, Suite 180, Northbrook, IL 60062-2367 |
| 517869599 | + | Email/Text: wmagner@beaconfunding.com | Sep 06 2022 22:28:00 | Beacon Funding Corporation, 28 Lord Road, Suite 230, Marlborough, MA 01752-4576 |

Case 18-32564-SLM    Doc 50    Filed 09/08/22    Entered 09/09/22 00:15:35    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| 517964233 | + | Email/Text: RASEBN@raslg.com | Sep 06 2022 22:28:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517869602 | + | EDI: CITICORP.COM | Sep 07 2022 02:23:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517869601 | | EDI: JPMORGANCHASE | Sep 07 2022 02:23:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517922132 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 06 2022 22:29:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517947490 | + | Email/Text: SSTBKNotices@nationalbankruptcy.com | Sep 06 2022 22:28:00 | Medallion Bank, c/o Systems & Services Technologies, Inc, PO Box 9013, Addison, Texas 75001-9013 |
| 517981581 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND,OH 44101 |
| 517869604 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 06 2022 22:28:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 517979151 | | EDI: PRA.COM | Sep 07 2022 02:23:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517869608 | + | Email/Text: bankruptcynotices@sba.gov | Sep 06 2022 22:28:00 | Sba, 1441 L Street Nw, Washington, DC 20416-0001 |
| 517883859 | | Email/Text: bankruptcy@bbandt.com | Sep 06 2022 22:28:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 517869610 | + | Email/Text: bankruptcysst@alorica.com | Sep 06 2022 22:28:00 | Systems & Services Technolgies, Inc, Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 517869611 | | EDI: TDBANKNORTH.COM | Sep 07 2022 02:23:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 517950897 | + | EDI: CBSTDR | Sep 07 2022 02:23:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518652343 | + | Email/Text: jonathan.braun@sba.gov | Sep 06 2022 22:29:00 | U.S. Small Business Administration, U.S. SBA Denver Finance Center, 721 19th St., Denver, CO 80202-2517 |
| 518261133 | ^ | MEBN | Sep 06 2022 22:23:28 | US Bank NA, C/O SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518261134 | ^ | MEBN | Sep 06 2022 22:23:28 | US Bank NA, C/O SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank NA, C/O SN Servicing Corporation 95501-0305 |
| 517965459 | + | EDI: AIS.COM | Sep 07 2022 02:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517971299 | + | EDI: WFHOME | Sep 07 2022 02:23:00 | Wells Fargo Bank, N.A., Attn: Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517957915 | | EDI: WFCCSBK | Sep 07 2022 02:23:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517869614 | + | EDI: WFHOME | Sep 07 2022 02:23:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 06, 2022 | Form ID: 3180W | Total Noticed: 41 |

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 08, 2022           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Chalet Series III Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor Medallion Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott D. Sherman | on behalf of Debtor Gary P Bendit ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 9