Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF SEPTEMBER 12, 2022

#### Chapter 13 Case # 18-32564

Re:   GARY P BENDIT                                              Atty:   SCOTT D. SHERMAN ESQ
      62 MEAKIN AVENUE                                                   MINION & SHERMAN
      ROCHELLE PARK, NJ  07662                                           33 CLINTON ROAD, SUITE 105
                                                                         WEST CALDWELL, NJ  07006

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $57,132.00**

### RECEIPTS   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/03/2018 | $1,350.00 | 5441011000 | 12/31/2018 | $1,350.00 | 5505261000 |
| 02/04/2019 | $1,350.00 | 5596453000 | 03/04/2019 | $1,350.00 | 5675970000 |
| 03/29/2019 | $1,350.00 | 5735903000 | 05/03/2019 | $1,350.00 | 5831944000 |
| 05/31/2019 | $1,350.00 | 5897070000 | 07/02/2019 | $1,350.00 | 5989242000 |
| 07/31/2019 | $1,350.00 | 6052646000 | 08/30/2019 | $1,350.00 | 6132099000 |
| 10/03/2019 | $1,350.00 | 6225425000 | 11/04/2019 | $1,350.00 | 6304513000 |
| 12/02/2019 | $1,350.00 | 6364403000 | 01/03/2020 | $1,350.00 | 6448266000 |
| 02/03/2020 | $1,350.00 | 6524171000 | 03/02/2020 | $1,350.00 | 6597836000 |
| 04/03/2020 | $1,350.00 | 6686664000 | 05/04/2020 | $1,350.00 | 6764093000 |
| 06/01/2020 | $1,350.00 | 6831935000 | 07/02/2020 | $1,368.00 | 6913928000 |
| 08/03/2020 | $1,368.00 | 6981844000 | 08/31/2020 | $1,368.00 | 7050923000 |
| 10/02/2020 | $1,368.00 | 7130525000 | 11/02/2020 | $1,368.00 | 7197145000 |
| 12/01/2020 | $1,368.00 | 7271688000 | 01/04/2021 | $1,368.00 | 7345377000 |
| 02/01/2021 | $1,368.00 | 7420431000 | 03/01/2021 | $1,368.00 | 7488008000 |
| 04/02/2021 | $1,368.00 | 7569912000 | 05/03/2021 | $1,368.00 | 7636993000 |
| 06/02/2021 | $1,368.00 | 7705395000 | 07/02/2021 | $1,368.00 | 7783959000 |
| 07/30/2021 | $1,368.00 | 7843432000 | 09/02/2021 | $1,368.00 | 7921920000 |
| 10/04/2021 | $1,368.00 | 7987147000 | 11/01/2021 | $1,368.00 | 8052436000 |
| 11/29/2021 | $1,368.00 | 8109957000 | 01/03/2022 | $1,368.00 | 8178559000 |
| 01/28/2022 | $1,368.00 | 8236444000 | 02/28/2022 | $1,368.00 | 8305126000 |
| 04/01/2022 | $2,736.00 | 8373805000 | 07/08/2022 | $18.00 | 8577649000 |

**Total Receipts: $57,132.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $57,132.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,390.38 | |

**Chapter 13 Case # 18-32564**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| ATTY | ATTORNEY | ADMIN | 3,400.00 | 100.00% | 3,400.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,966.08 | * | 573.70 | |
| 0005 | BEACON FUNDING CORPORATION | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAU OF ACCOUNT MANAGEMENT | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | CHASE BANK USA, N.A. | UNSECURED | 17,954.57 | * | 1,293.09 | |
| 0008 | LVNV FUNDING LLC | UNSECURED | 5,192.02 | * | 373.92 | |
| 0009 | GO AHEAD REPAIRS | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PNC BANK NATIONAL ASSOCIATION | UNSECURED | 12,259.95 | * | 882.97 | |
| 0012 | TD RETAIL CARD SERVICES | UNSECURED | 2,115.00 | * | 152.31 | |
| 0013 | SAMANTHA CONDON | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0014 | US SBA | MORTGAGE ARRE | 6,226.00 | 100.00% | 6,226.00 | |
| 0016 | SYSTEMS & SERVICES TECHNOLGIES, IN | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | TD BANK NA | UNSECURED | 5,721.42 | * | 412.06 | |
| 0020 | WELLS FARGO CARD SERVICES | UNSECURED | 11,458.97 | * | 825.28 | |
| 0021 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 32,741.86 | 100.00% | 32,741.86 | |
| 0023 | LVNV FUNDING LLC | UNSECURED | 4,173.65 | * | 300.57 | |
| 0024 | SHEFFIELD FINANCIAL | VEHICLE SECURE | 1,554.66 | 100.00% | 1,554.66 | |
| 0025 | ALLY CAPITAL | UNSECURED | 60,535.65 | * | 4,359.81 | |
| 0026 | SYSTEM AND SERVICES TECHNOLOGIES | UNSECURED | 8,691.89 | * | 626.00 | |
| 0027 | VERIZON | UNSECURED | 269.21 | * | 19.39 | |
| 0028 | BERGEN COUNTY PROBATION DIVISION | PRIORITY | 0.00 | 100.00% | 0.00 | |

Total Paid: $57,132.00
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY CAPITAL | | | | | | | |
| | 11/17/2021 | $294.60 | 880792 | | 12/13/2021 | $577.03 | 882427 |
| | 01/10/2022 | $577.04 | 884082 | | 02/14/2022 | $577.02 | 885772 |
| | 03/14/2022 | $577.05 | 887486 | | 04/18/2022 | $576.99 | 889180 |
| | 05/16/2022 | $1,172.29 | 890895 | | 08/15/2022 | $7.79 | 895871 |
| CHASE BANK USA, N.A. | | | | | | | |
| | 11/17/2021 | $87.38 | 880913 | | 12/13/2021 | $171.14 | 882545 |
| | 01/10/2022 | $171.15 | 884202 | | 02/14/2022 | $171.14 | 885892 |
| | 03/14/2022 | $171.15 | 887602 | | 04/18/2022 | $171.13 | 889310 |
| | 05/16/2022 | $347.70 | 891011 | | 08/15/2022 | $2.30 | 895996 |
| LVNV FUNDING LLC | | | | | | | |
| | 11/17/2021 | $25.27 | 881183 | | 11/17/2021 | $20.31 | 881183 |
| | 12/13/2021 | $39.78 | 882807 | | 12/13/2021 | $49.49 | 882807 |
| | 01/10/2022 | $49.49 | 884453 | | 01/10/2022 | $39.78 | 884453 |
| | 02/14/2022 | $39.79 | 886162 | | 02/14/2022 | $49.49 | 886162 |
| | 03/14/2022 | $49.49 | 887861 | | 03/14/2022 | $39.78 | 887861 |
| | 04/18/2022 | $39.81 | 889598 | | 04/18/2022 | $49.52 | 889598 |
| | 05/16/2022 | $100.54 | 891284 | | 05/16/2022 | $80.82 | 891284 |
| | 08/15/2022 | $0.50 | 896252 | | 08/15/2022 | $0.63 | 896252 |
| PNC BANK NATIONAL ASSOCIATION | | | | | | | |
| | 11/17/2021 | $59.66 | 881354 | | 12/13/2021 | $116.86 | 882984 |
| | 01/10/2022 | $116.86 | 884637 | | 02/14/2022 | $116.88 | 886351 |
| | 03/14/2022 | $116.86 | 888047 | | 04/18/2022 | $116.85 | 889784 |
| | 05/16/2022 | $237.42 | 891461 | | 08/15/2022 | $1.58 | 896424 |

**Chapter 13 Case # 18-32564**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 11/17/2021 | $38.77 | 8002529 | | 12/13/2021 | $75.93 | 8002581 |
| | 01/10/2022 | $75.93 | 8002633 | | 02/14/2022 | $75.94 | 8002683 |
| | 03/14/2022 | $75.93 | 8002741 | | 04/18/2022 | $75.97 | 8002785 |
| | 05/16/2022 | $154.27 | 8002843 | | 08/15/2022 | $0.96 | 8002997 |
| SHEFFIELD FINANCIAL | | | | | | | |
| | 03/18/2019 | $31.87 | 822057 | | 04/15/2019 | $49.53 | 824079 |
| | 05/20/2019 | $49.53 | 826103 | | 06/17/2019 | $88.49 | 828053 |
| | 07/15/2019 | $49.03 | 829917 | | 08/19/2019 | $49.03 | 831941 |
| | 09/16/2019 | $49.03 | 833927 | | 10/21/2019 | $49.03 | 835984 |
| | 11/18/2019 | $48.41 | 838034 | | 12/16/2019 | $48.42 | 839918 |
| | 01/13/2020 | $9.26 | 841809 | | 02/10/2020 | $9.26 | 843681 |
| | 03/16/2020 | $9.26 | 845609 | | 04/20/2020 | $9.26 | 847566 |
| | 05/18/2020 | $53.11 | 849378 | | 06/15/2020 | $35.62 | 851063 |
| | 07/20/2020 | $54.58 | 852918 | | 08/17/2020 | $55.31 | 854751 |
| | 09/21/2020 | $55.31 | 856618 | | 10/19/2020 | $55.31 | 858458 |
| | 11/16/2020 | $55.31 | 860232 | | 12/21/2020 | $55.31 | 862088 |
| | 01/11/2021 | $55.31 | 863774 | | 02/22/2021 | $55.31 | 865608 |
| | 03/15/2021 | $55.31 | 867325 | | 04/19/2021 | $55.31 | 869125 |
| | 05/17/2021 | $55.31 | 870970 | | 06/21/2021 | $56.21 | 872802 |
| | 07/19/2021 | $56.21 | 874548 | | 08/16/2021 | $56.21 | 876254 |
| | 09/20/2021 | $56.20 | 878030 | | 10/18/2021 | $56.21 | 879760 |
| | 11/17/2021 | $27.80 | 881458 | | | | |
| SYSTEM AND SERVICES TECHNOLOGIES INC | | | | | | | |
| | 11/17/2021 | $42.30 | 881679 | | 12/13/2021 | $82.85 | 883319 |
| | 01/10/2022 | $82.85 | 884967 | | 02/14/2022 | $82.86 | 886690 |
| | 03/14/2022 | $82.85 | 888364 | | 04/18/2022 | $82.85 | 890134 |
| | 05/16/2022 | $168.32 | 891774 | | 08/15/2022 | $1.12 | 896706 |
| TD BANK NA | | | | | | | |
| | 11/17/2021 | $27.84 | 880392 | | 12/13/2021 | $54.54 | 882044 |
| | 01/10/2022 | $54.54 | 883686 | | 02/14/2022 | $54.54 | 885353 |
| | 03/14/2022 | $54.54 | 887086 | | 04/18/2022 | $54.53 | 888741 |
| | 05/16/2022 | $110.80 | 890507 | | 08/15/2022 | $0.73 | 895489 |
| TD RETAIL CARD SERVICES | | | | | | | |
| | 11/17/2021 | $10.29 | 881695 | | 12/13/2021 | $20.16 | 883333 |
| | 01/10/2022 | $20.16 | 884982 | | 02/14/2022 | $20.17 | 886706 |
| | 03/14/2022 | $20.15 | 888380 | | 04/18/2022 | $20.17 | 890151 |
| | 05/16/2022 | $40.96 | 891788 | | 08/15/2022 | $0.25 | 896721 |
| US BANK TRUST NATIONAL ASSOC | | | | | | | |
| | 06/04/2019 | ($1,043.19) | 0 | | 06/17/2019 | $1,928.53 | 826815 |
| | 07/15/2019 | $1,068.49 | 828681 | | 08/19/2019 | $1,068.47 | 830550 |
| | 09/16/2019 | $1,068.48 | 832640 | | 10/21/2019 | $1,068.48 | 834595 |
| | 11/18/2019 | $1,055.11 | 836717 | | 12/16/2019 | $1,055.13 | 838659 |
| | 01/13/2020 | $201.71 | 840542 | | 02/10/2020 | $201.71 | 842424 |
| | 03/16/2020 | $201.71 | 844292 | | 04/20/2020 | $201.71 | 846243 |
| | 05/18/2020 | $1,157.39 | 848221 | | 06/15/2020 | $776.34 | 849907 |
| | 07/20/2020 | $1,189.55 | 851654 | | 08/17/2020 | $1,205.40 | 853544 |
| | 09/21/2020 | $1,205.40 | 855314 | | 10/19/2020 | $1,205.40 | 857232 |
| | 11/16/2020 | $1,205.39 | 859042 | | 12/21/2020 | $1,205.40 | 860800 |
| | 01/11/2021 | $1,205.39 | 862712 | | 02/22/2021 | $1,205.40 | 864227 |
| | 03/15/2021 | $1,205.39 | 866221 | | 04/19/2021 | $1,205.40 | 867772 |
| | 05/17/2021 | $1,205.39 | 869737 | | 06/21/2021 | $1,224.95 | 871494 |
| | 07/19/2021 | $1,224.94 | 873358 | | 08/16/2021 | $1,224.94 | 875049 |
| | 09/20/2021 | $1,224.94 | 876766 | | 10/18/2021 | $1,224.95 | 878570 |
| | 11/17/2021 | $605.95 | 880277 | | | | |

**Chapter 13 Case # 18-32564**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US SBA | | | | | | | |
| | 01/13/2020 | $2,934.20 | 841050 | | 02/10/2020 | $1,068.83 | 842921 |
| | 03/16/2020 | $1,068.83 | 844812 | | 04/20/2020 | $1,068.83 | 846758 |
| | 06/15/2020 | $7.53 | 850354 | | 08/17/2020 | $9.32 | 854014 |
| | 10/19/2020 | $9.38 | 857699 | | 12/21/2020 | $9.39 | 861292 |
| | 02/22/2021 | $9.39 | 864738 | | 04/19/2021 | $9.39 | 868258 |
| | 06/21/2021 | $9.46 | 871960 | | 08/16/2021 | $9.54 | 875458 |
| | 10/18/2021 | $9.55 | 878965 | | 11/17/2021 | $2.36 | 880665 |
| VERIZON | | | | | | | |
| | 01/10/2022 | $6.45 | 885100 | | 03/14/2022 | $5.12 | 888505 |
| | 05/16/2022 | $7.78 | 891913 | | 08/15/2022 | $0.04 | 896838 |
| WELLS FARGO BANK NA | | | | | | | |
| | 03/18/2019 | $671.24 | 822572 | | 04/15/2019 | $1,043.18 | 824548 |
| | 05/20/2019 | $1,043.19 | 826609 | | | | |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 11/17/2021 | $55.77 | 881844 | | 12/13/2021 | $109.23 | 883486 |
| | 01/10/2022 | $109.23 | 885133 | | 02/14/2022 | $109.22 | 886873 |
| | 03/14/2022 | $109.23 | 888534 | | 04/18/2022 | $109.22 | 890318 |
| | 05/16/2022 | $221.91 | 891944 | | 08/15/2022 | $1.47 | 896870 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: September 12, 2022.

Receipts: $57,132.00    -    Paid to Claims: $50,341.62    -    Admin Costs Paid: $6,790.38    =    Funds on Hand: $0.00

Base Plan Amount: $57,132.00    -    Receipts: $57,132.00    =    Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.